```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EDWARD MULLINS,                                             :
                                                            :
                                    Plaintiff,              :
                                                            :          21-cv-5578(VSB)
             -against-                                      :
                                                            :              ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                                    Defendant(s).           :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 23, 2021, I heard oral argument from the parties and issued an oral ruling denying the preliminary injunction requested by Plaintiff. (Doc. 29.) In light of my ruling, and in particular given that I found the pleadings did not make sufficient allegations to support the elements of Plaintiff's only claim for relief (*see id.* at 57:22–58:20), it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and with prejudice. Within thirty (30) days of this Order, any party may make an application, with sufficient argument, explaining why this action should be restored.

SO ORDERED.

Dated: August 22, 2021
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge